**Denied; Opinion Filed November 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01432-CV

### IN RE ALEX PERRY NEAL, Relator

**Original Proceeding from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-84128-2019**

# MEMORANDUM OPINION
Before Justices Myers, Molberg, and Nowell
Opinion by Justice Myers

Before the Court is Alex Neal's petition for writ of mandamus in which he complains the trial court has failed to rule on his October 2, 2019 motion for credit for time served, and seeks a ruling from this Court ordering credit for time served on his sentence.

Entitlement to mandamus relief requires relator to show both that the trial court has clearly abused its discretion and that he has no adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Further, although trial courts should rule on pending motions within a reasonable time, no bright-line test exists "separating a reasonable period of time from an unreasonable one." *In re Smith*, 07-18-00443-CV, 2019 WL 1321232, at *2 (Tex. App.—Amarillo Mar. 22, 2019, no pet.). After reviewing the petition for writ of mandamus and the applicable law, we conclude relator has not shown he is entitled to the relief requested.

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Lana Myers/
LANA MYERS
JUSTICE

191432F.P05